```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


IN RE:                              )    CASE NO: 05-46419-659
                                    )
THOMAS G DONNELLY                   )
                                    )    CHAPTER 13
ANTOINETTE M DONNELLY               )
                                    )
               DEBTOR(S)             )


              LIST OF UNCLAIMED FUNDS AND ENTITIES
                 WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
THOMAS G & ANTOINETTE M DONNELLY
417 WILD FLOWER RIDGE CT              $            29.99

WENTZVILLE MO
000000               63385


                                   /s/ John V. LaBarge, Jr.
                                   ------------------------------------
DATE: May 28, 2010                 JOHN V. LABARGE, JR.,
                                   CHAPTER 13 TRUSTEE
                                   P.O. Box 430908
                                   St. Louis, MO 63143
BG -091                            (314) 781-8100   trust33@ch13stl.com
```